UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) Civil Case No. 18- cv-01241-JTM-JPO
)
Defendant No. 1: $44,134.00 IN UNITED STATES )
CURRENCY, More or less, )
)
        Defendant. )
)

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned defendant for violations of 21 U.S.C. §§ 841 and 846.

### THE DEFENDANTS IN REM

2. Defendant No. 1 consists of $44,134.00 in United States currency, more or less, that was recovered in the Eastern District of California, on April 4, 2018, from Steven Martinez at his residence in Rosamond, California.

### JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4.      This Court has *in rem* jurisdiction over the defendant under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because some of the acts or omissions giving rise to the forfeiture occurred in this district. The defendant is currently in the custody of the Internal Revenue Service.

## BASIS FOR FORFEITURE

6.      The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7.      Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the United States will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant; that notice of this action be given to all persons who reasonably appear to be potential

claimants of interests in the defendant; that the defendant be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

*/s/ Annette Gurney*
ANNETTE GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS S.Ct. No.11602
annette.gurney@usdoj.gov

## DECLARATION

I, Richard E. Littrell, am a Special Agent with the Internal Revenue Service. I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August, 2018.

Richard E. Littrell
Special Agent
Internal Revenue Service

## AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE

I, Richard E. Littrell, being duly sworn, declare and state the following:

1. I am employed as a Special Agent with Internal Revenue Service - Criminal Investigation (IRS-CI), and have been employed in this capacity since April 2009. My duties and responsibilities as a Special Agent include conducting criminal investigations of individuals and businesses that have violated Federal criminal laws found in Title 26 (Internal Revenue Code) and related financial crimes in Title 18 (money laundering) and Title 31 (bank secrecy act) of the United States Code. Since becoming a Special Agent with IRS-CI, I have received formal training at the Federal Law Enforcement Training Center in Glynco, Georgia in conducting financial investigations that involve analyzing financial records evidencing violations of Titles 26, 18 and 31 of the United States Code. I have received extensive training on the laws regarding search and seizure and the execution of search warrants. I have analyzed many types of financial records including banking records, financial statements, tax returns, return preparer records, records of individuals and businesses, journals, ledgers, receipts, work papers, contracts, invoices, loan agreements, and real estate documents. I have participated in various types of investigations including income tax evasion, fraudulent tax returns, identity theft, money laundering, elderly financial abuse, and drug trafficking. In addition to my training and experience, I hold Bachelor of Science degrees from the University of Kansas in Accounting and Business Administration and a Master's Degree from the University of Kansas in Accounting. I am also a Certified Public Accountant (Inactive) in the State of Missouri.

2. The information in this Affidavit is based upon my training and experience, coupled with my personal knowledge of the facts of the investigation to which this affidavit relates, including information from other law enforcement officers and examination of financial

records. Because this affidavit is provided for the limited purpose of supporting a complaint for forfeiture, I have not included all aspects of the investigation, but rather, have set forth only those facts that I believe establish probable cause for the forfeiture of the following:

    A. Approximately $44, 134.00 in United States currency seized on April 4, 3028, from Steven Martinez in Rosamond California.

3. I am currently involved in the on-going investigation involving, among others, Steven Martinez, for violations of 21 U.S.C. §§ 841 and 846. The investigation has shown that Steven Martinez (Martinez) is the owner/operator of a medical marijuana delivery service in the Lancaster, California area called The High Desert Collective (THDC). Martinez and co-conspirators have been mailing marijuana to Austin, Texas and Kansas City.

4. In July and September of 2017, the United States Postal Service (USPS) obtained federal search warrants for two parcels. The parcel in July contained approximately six pounds, 8.3 ounces of marijuana. The parcel in September contained approximately three pounds, 5.8 ounces of marijuana. The senders of both packages, which were mailed from California, appeared to be the same person who was identified by law enforcement.

5. In October, 2017, the Kansas City, Kansas Police Department (KCKPD) obtained a state search warrant for a package that had the same delivery address as the package in July, 2017, (discussed in paragraph 4, above). Inside the package was approximately one pound, 1.6 ounces of marijuana. The investigators delivered the package and then executed a search warrant for the residence. Inside the house the following was found:

    A. Five jars containing suspected marijuana (totaling approximately 0.69 pounds) and several empty jars with a green residue inside;

    B. Vacuum-seal bags with marijuana residue, a box of new vacuum-seal bags, and a vacuum-seal machine;

C. A digital scale, one package of rolling papers, one roller, and one grinder;

D. One loaded, HK .45 caliber semi-automatic handgun; four .40 caliber Glock magazines; live and expended 9mm, .40 caliber, and .45 caliber rounds; empty cases for a Glock 19 and a Glock 23; and an empty box for an AR-style rifle;

E. Three surveillance cameras on the residence's exterior;

F. A pay/owe sheet with dates, amounts, and initials written on it. A notation "2/4/17 10- 1 mike, 1st 5 ½ shor, 2nd 5 2 zips short" was made on the sheet. The term "zips" is a commonly used street term to describe an ounce of narcotics. This corresponded to USPS records showing two (2) parcels shipped on February 2, 2017 (U.S. Postal Service Priority Mail parcel with tracking number 9505 5163 3411 7033 1178 03) and February 7, 2017 (U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5163 3411 7038 1210 65) from Lancaster, CA 93534 to 2301 N. 21st Street, Kansas City, KS 66104;

G. A Wells Fargo transaction receipt, showing a $6,800 cash deposit into the account number ending in 9338[1], one of the accounts for which forfeiture is sought; and

6. Records from the USPS indicate that between September 21, 2016 and September 25, 2017, eleven parcels with a combined weight of approximately 114.82 pounds were shipped to the same identified address in Kansas City, Kansas

7. The investigation has further established that Martinez has received out-of-state cash deposits primarily from Texas and the Kansas City metropolitan area in amounts ranging from $500 to $8,000 into his bank accounts, and directed the shipment of narcotics, namely marijuana, to other states using the United States Postal Service (USPS) and Federal Express (Fed Ex). George Garcia (Garcia) has received large, out-of-state cash deposits from Texas and Kansas City on Martinez's behalf in amounts ranging from $2,000 to $8,000 into his bank account, to conceal and help facilitate payments related to the drug trafficking operation.

8. Steven Martinez had a Bank of America account ending in 5812 that was opened in Lancaster, California on November 2, 2012. Total deposits into the account from December

---

[1] The name on this bank account was George Garcia.

2014 through February 2018 totaled $393,941.37. Of this amount, approximately $273,875 were out of state cash deposits that were deposited into the account from Kansas, Texas, and Connecticut. Cash deposits made in the Kansas City area were $165,485.

9. George Garcia had a Wells Fargo account ending in 9338 that was opened in Lancaster, California on September 30, 2016. Total deposits into the account from June 2016 through January 2018 totaled $191,663.84. Of this amount, approximately $164,250 were out of state cash deposits that were deposited into the account from Kansas and Texas. Cash deposits made in the Kansas City area were $165,485.

10. Steven Martinez had cash withdrawals from his Bank of America account ending in 5812 totaling approximately $139,238.60 between April 2015 and September 2017. George Garcia had cash withdrawals from his Wells Fargo account ending in 9338 totaling approximately $123,575.23 between December 1, 2016 November 11, 2017.

11. On April 4, 2018, search warrants were executed at the residences of Martinez and Garcia in Rosamond, California. Cash was located in six different locations within Martinez's house and in his car. The total amount of the currency seized was $44,134.00.

12. Based on the facts set forth herein, there is probable cause to believe that the $44,134.00 seized from Steven Martinez on April 4, 2018, is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

*[signature]*
Richard E. Littrell
Special Agent
Internal Revenue Service

Sworn and subscribed before me this 28 day of August, 2018.

*[signature]*
Notary Public

My commission expires December 5, 2021

---

**DANICA PEREZ**
Notary Public - State of Kansas
My Commission Expires 12 5 21

5