UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-1241-JTM |
| | ) |
| Defendant No. 1: $44,134.00 IN UNITED STATES | ) |
| CURRENCY, More or less, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SEALED ORDER TO SEAL

The United States of America has applied to this Court for an Order permitting it to file the Complaint for Forfeiture and the underlying affidavit, declarations, and exhibits in the above-captioned case, together with its Ex Parte Application, under seal (ECF No. 3). Upon consideration of the application:

IT IS HEREBY ORDERED that the Complaint for Forfeiture and underlying affidavits, declarations and exhibits in the above-entitled proceedings, together with the application of the United States, shall be filed with the Court under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS FURTHER ORDERED that all notice of this action shall be stayed pending resolution of the parallel criminal investigation, or upon further order of the Court.

IT IS SO ORDERED.

Dated this 29th day of August, 2018, in Kansas City, Kansas.

                                                               *James P. O'Hara*
                                                               James P. O'Hara
                                                               United States Magistrate Judge